976 So.2d 1291 (2008)
Ronald WARREN
v.
Linda EASTER, R.N., Sgt. Al Barnett, Dr. Larry Caldwell, Sgt. Nathanial Daniel, CM. Lensing & John Doe.
No. 2008-CC-0290.
Supreme Court of Louisiana.
February 22, 2008.
In re Easter, Linda R.N. et al; Barnett, Al Sgt.; Caldwell, Larry Dr.; Lensing, CM.;Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Iberville, 18th Judicial District Court Div. B, No. 58,808; to the Court of Appeal, First Circuit, No. 2007 CW 2310.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.